

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the interest of J.B.O., a child,

No. 11-18-00092-CV

\* From the 106th District Court
of Dawson County,
Trial Court No. 17-02-19956.

\* September 20, 2018

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Gray, C.J., sitting by assignment,
and Wright, S.C.J., sitting by
assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.